01-15-01053-CR

# CHRIS DANIEL

## HARRIS COUNTY DISTRICT CLERK

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/9/2015 10:10:28 AM
CHRISTOPHER A. PRINE
Clerk

December 2, 2015

HONORABLE MARK KENT ELLIS
351ST DISTRICT COURT
HARRIS COUNTY
HOUSTN, TX

Defendant's Name:  JOHNATHAN SANCHEZ

Cause No:  1409222

Court:  351ST DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 11/12/15
**Sentence Imposed Date:** 11/12/15
**Court of Appeals Assignment:  First  Court of Appeals**
**Appeal Attorney of Record:  TO BE DETERMINED**

Sincerely,

Criminal Post Trial Deputy

CC:  Devon Anderson
     District Attorney
     Appellate Division
     Harris County, Texas

     TONI GOUBEAUD (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas  77210-4651

Cause No. *1409222*

# THE STATE OF TEXAS

### V.

## JOHNATHAN SANCHEZ

357ST District Court / County Criminal Court at Law No. _____

### Harris County, Texas

### NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

On ___11/12/15___ (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

**The undersigned attorney (check appropriate box):**

❑ **MOVES** to withdraw.

❑ **ADVISES** the court that he will **CONTINUE** to represent the defendant on appeal.

___11/12/15___
**Date**

__JOHNATHAN SANCHEZ__
**Defendant (Printed name)**

**FILED**
Chris Daniel
District Clerk

NOV 12 2015

Time:_____
Harris County, Texas
By_____
Deputy

__RP CORNELIUS__
**Attorney (Signature)**

__RP CORNELIUS__
**Attorney (Printed name)**

__04831SW__
**State Bar Number**

__2028 Buffalo Terrace__
**Address**

__713 237 8547__
**Telephone Number**

**The defendant (check all that apply):**

☑ **REPRESENTS** to the court that he is presently **INDIGENT** and **ASKS** the court to immediately **APPOINT** appellate counsel to represent him.

☑ **ASKS** the Court to **ORDER** that a free record be provided to him.

❑ **ASKS** the court to set **BAIL**.

Accordingly, Appellant **ASKS** the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

__JS__
**Defendant (Signature)**

__RP CORNELIUS__
**Defendant's Printed name**
__11/12/2015__

SWORN TO AND SUBSCRIBED BEFORE ME ON _____

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On ___11/12/2015___ the Court conducted a hearing and **FINDS** that defendant / appellant

☐ **IS NOT** indigent at this time.

☑ **IS** indigent for the purpose of

    ☑ employing counsel

    ☐ paying for a clerk's and court reporter's record.

    ☑ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

☑ Counsel's motion to withdraw is (**GRANTED**) / **DENIED.**

☐ Defendant / appellant's motion (to be found indigent) is **DENIED.**

☑ Defendant's / appellant's motion is **GRANTED** and

    ☐ _____(attorney's name & bar card number)
    is **APPOINTED** to represent defendant / appellant on appeal.

    ☐ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

**BAIL IS:**

☐ **SET** at $ _____

☐ **TO CONTINUE** as presently set.

☑ **DENIED** and is **SET** at **NO BOND.** (Felony Only)

DATE SIGNED: ___11/12/15___

_(signature)_

**JUDGE PRESIDING,**
**337 DISTRICT COURT /**
**COUNTY CRIMINAL COURT AT LAW NO. ___ ,**
**HARRIS COUNTY, TEXAS**

 

Cause No. 1409222

THE STATE OF TEXAS

v.

JOHNATHAN SANCHEZ, Defendant

IN THE 351ST DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW NO. ____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- [✓] is not a plea-bargain case, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, and the defendant has NO right of appeal. [*or*]
- [ ] the defendant has waived the right of appeal.

_____
Judge

11/23/15
_____
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
Defendant

_____
Defendant's Counsel

Mailing Address: 2028 Buffalo Terrace

Telephone number: 713 237 8547

Fax number (if any): 7135280153

State Bar of Texas ID number: 04831500

Mailing Address: 2028 Buffalo Terrace

Telephone number: 713 237 8547

Fax number (if any): 7135280153

FILED
Chris Daniel
District Clerk
NOV 23 2015
Harris County, Texas
Deputy

---

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

# PAUPER'S OATH ON APPEAL

CAUSE NO.: _1409222_     OFFENSE: _Cap Murder_

THE STATE OF TEXAS     _351_ DISTRICT COURT

VS.     OF

_Jonathan Sanchez_     HARRIS COUNTY, TEXAS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES _J. Sanchez_, defendant in the above styled and numbered cause, and states under oath that he is without funds, property or income. The defendant respectfully petitions the court to: (check all that apply)

☑ Appoint appellate counsel to represent him.

☑ Asks the court to order that a free record be provided to him.

_Custody_
DEFENDANT

SUBSCRIBED AND SWORN to before me, this _3_ day of _December_ A.D., 20 _15_.

_QB_
DEPUTY DISTRICT CLERK
_351_ DISTRICT COURT
HARRIS COUNTY, TEXAS

## ORDER

On _12|3|15_ the court conducted a hearing and found that the defendant is indigent.

☑ The court orders that _____ is appointed to represent defendant/appellant on appeal.

☑ The court reporter is ordered to prepare and file the reporter's record without charge to the defendant/appellant.

It is further ordered that the clerk of this court mail a copy of the order to the court reporter: _____, by certified mail return receipt requested.

_[signature]_
JUDGE PRESIDING
_351_ DISTRICT COURT
HARRIS COUNTY, TEXAS

## AFFIRMATION

I, _J. Sidney Crowley_, Attorney at Law, swear or affirm that I will be solely responsible for writing a brief and representing the appellant on appeal. If I am not able to preform my duties as appellate counsel, I will notify the court immediately so that the court may take the appropriate action as deemed necessary.

_[signature]_
ATTORNEY (SIGNATURE)

_OS170200_
BAR/SPN NUMBER

_214 Morton Rd._
ADDRESS

_Richmond TX_     _77469_
CITY     STATE     ZIP

_713-411-6932_
PHONE

_____
FAX NUMBER

_____
EMAIL ADDRESS

SWORN TO AND SUBSCRIBED BEFORE ME ON _12|3|15_.

_QB_
DEPUTY DISTRICT CLERK (SIGNATURE)
**DISTRICT CLERK**

# APPEAL CARD

1-11-16

1st

**Court** 351

**Cause No.** 1409222

### The State of Texas

Johnathan Vs Sanchez

11/12/15

**Date Notice Of Appeal:** 11/12/2015

**Presentation:** Vol._____ Pg._____

**Judgment:** Vol._____ Pg._____

**Judge Presiding** Mark Kent Ellis.
**Court Reporter** Toni Joubeaud.
**Court Reporter**_____
**Court Reporter**_____

**Attorney on Trial** Skip Cornelius ; Rudy Duarte

**Attorney on Appeal**_____

**Appointed**_____ **Hired**_____

**Offense** Capital Murder

**Jury Trial:** Yes ✓ No_____

**Punishment Assessed** Life Without Parole

**Companion Cases (If Known)** n/a

**Amount of Appeal Bond** 0

**Appellant Confined:** Yes ✓ No_____

**Date Submitted To Appeal Section** 11-23-15

**Deputy Clerk** C. Harper